JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hoang Minh Le,<br><br>  Plaintiff,<br><br>  v.<br><br>B&S Haster, LLC,<br><br>  Defendant(s). | SACV 19-00852JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: 9/17/2019

_____
James V. Selna
United States District Judge