# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>B & S HASTER, LLC, a limited liability company<br><br>        Defendants. | Case No.: 8:19-cv-00852-JVS-DFM<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. James V. Selna presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: December 20, 2019

_____
Judge, United States District Court,
Central District of California